# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carl David Hames,

      Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                          3:06-cv-9-2-MU

Charlotte Mecklenburg County
Jail Nursing Staff; Doctor White;
Doctor When; and Nurse C.
Young,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6, 2006 Order.

**Signed: February 8, 2006**

Frank G. Johns, Clerk
United States District Court